MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: HogueM@gtlaw.com
Tyler.Stevens@gtlaw.com

JORDAN D. GROTZINGER, ESQ.
(*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7800
Email: GrotzingerJ@gtlaw.com

*Attorneys for Mansoo Kim, erroneously sued as Michael Kim*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRYN KENNEY, an individual,

Plaintiff,

v.

MICHAEL KIM, an individual; NSUS GROUP INC., a Canadian Corporation; NSUS LIMITED, an Irish Private Limited Company; GLOBAL GAMING & HOSPITALITY LLC ("GGHM"), a Nevada Limited Liability Company; DOES 1 through 10, inclusive, and ROE CORPORATIONS 11 through 15, inclusive,

Defendants.

Case No.: 2:226:cv-02704-JAD-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

Defendant Mansoo Kim, sued as "Michael Kim," ("Defendant") and Plaintiff Bryn Kenney ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, stipulate to extend the deadline for Defendant to serve its response to Plaintiff's Complaint.

The parties hereby stipulate to the following:

1. On July 2, 2026, Plaintiff commenced this action by filing a Complaint (the

"Complaint") in the District Court of Clark County (Eight Judicial District Court).

2. Defendant was personally served with the Summons and Complaint in Nevada on August 3, 2026.

3. On August 25, 2026, Defendant filed a Notice of Removal on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a).

4. Pursuant to prior agreement, Defendant's current deadline to respond to the Complaint is September 2, 2026.

5. Because Defendant's counsel was only recently retained and Defendant's lead counsel has been out of the office due to a family loss, Defendant requested a three-week extension of the deadline to respond to the Complaint.

6. Plaintiff agreed to accommodate Defendant's requested extension.

7. The Parties hereby stipulate to a three (3)-week extension of the deadline to respond to the Complaint, setting the response deadline to September 23, 2026.

8. This Stipulation is made in good faith and not for an improper purpose or to delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of September, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Michael R. Hogue*
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

JORDAN D. GROTZINGER, ESQ.
(*pro hac vice forthcoming*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Mansoo Kim, erroneously sued as Michael Kim*

**BENDAVID LAW**

*/s/ Christopher Hanley*
JEFFERY A. BENDAVID, ESQ.
Nevada Bar No. 6220
CHRISTOPHER HANLEY, ESQ.
Nevada Bar No. 11391
JACQUELINE VOKOUN, ESQ.
Nevada Bar No. 16400
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128

ERIC M. GEORGE, ESQ.
(*pro hac vice forthcoming*)
PRISCILLA SZETO, ESQ.
(*pro hac vice forthcoming*)
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067

*Attorneys for Bryn Kenney*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Parties' stipulation to extend the deadline for Defendant to serve his response to the Complaint is hereby GRANTED. The date for Defendant to serve his response to the Complaint will be extended to September 23, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2026