Mark A. Hutchison (4639)
John T. Moran III (7453)
Kevin M. Sutehall (9437)
Ramez A. Ghally (15225)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada, 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Emails:
mhutchison@hutchlegal.com
jmoran@hutchlegal.com
ksutehall@hutchlegal.com
rghally@hutchlegal.com

Eric M. George, *Pro Hac Vice Forthcoming*
Priscilla Szeto, *Pro Hac Vice Forthcoming*
**GEORGE LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Emails:
egeorge@georgellp.com
pszeto@georgellp.com

*Attorneys for Plaintiff Bryn Kenney*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYN KENNEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KIM, an individual; NSUS GROUP INC., a Canadian Corporation; NSUS LIMITED, an Irish Private Limited Company; GLOBAL GAMING & HOSPITALITY LLC ("GGHM"), a Nevada Limited Liability Company; DOES 1 through 10, inclusive, and ROE CORPORATIONS 11 through 15, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02704-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE MOTION TO DISMISS (ECF NO. 8)**<br><br>**(FIRST REQUEST)**<br><br>Trial Date: Not Set |

Pursuant to Local Rules IA 6-1 and 6-2, **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Bryn Kenney ("Plaintiff") and Defendant Mansoo Kim, sued as "Michael Kim," ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Plaintiff shall have additional time, until October 14, 2026, to file its Opposition to Defendant's motion to dismiss.

The parties hereby stipulate to the following:

1. On July 2, 2026, Plaintiff commenced this action by filing a Complaint (the "Complaint") in the District Court of Clark County (Eighth Judicial District Court).

2. Defendant was personally served with the Summons and Complaint in Nevada on August 3, 2026.

3. On August 25, 2026, Defendant filed a Notice of Removal on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a).

4. On September 4, 2026, the Court granted the Parties' September 3, 2026, stipulation for a three-week extension of Defendant's deadline to respond to the Complaint, setting the response deadline to September 23, 2026 (ECF No. 5).

5. On September 23, 2026, Defendant filed and served his motion to dismiss, currently noticed for hearing on October 21, 2026 (ECF Nos. 8, 9).

6. The original deadline for Plaintiff's opposition to Defendant's motion to dismiss is October 7, 2026.

7. Due to Plaintiff's recent change of counsel and the need for additional time to respond to Defendant's motion to dismiss, Plaintiff has requested a one-week extension of the October 7, 2026 deadline.

8. Defendant agreed to accommodate Plaintiff's requested extension, setting the opposition deadline to October 14, 2026.

9. The Parties further agree that Defendant shall have ten days to submit a reply in support of his motion to dismiss thereafter, setting the reply deadline to October 26, 2026.

10. This Stipulation is made in good faith and not for an improper purpose or to delay, as discussed herein. As such, good cause exists for this extension.

11. While the Parties have previously stipulated to Defendant's deadline to respond to the Complaint, this is the first stipulation between the Parties for an extension of time for Plaintiff to oppose Defendant's motion to dismiss.

**IT IS SO STIPULATED.**

DATED this 7th day of October, 2026.

**HUTCHISON & STEFFEN LLC**

*/s/ Mark A. Hutchison*
MARK A. HUTCHISON (4639)
JOHN T. MORAN III (7453)
KEVIN M. SUTEHALL (9437)
RAMEZ A. GHALLY (15225)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada, 89145

ERIC M. GEORGE, ESQ.
(*pro hac vice forthcoming*)
PRISCILLA SZETO, ESQ.
(*pro hac vice forthcoming*)
**GEORGE LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067

*Attorneys for Bryn Kenney*

**GREENBERG TRAURIG, LLP**

*/s/ Tyler W. Stevens*
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

JORDAN D. GROTZINGER, ESQ.
(*pro hac vice forthcoming*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Mansoo Kim, sued as Michael Kim*

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the Parties' stipulation to extend the deadline for Plaintiff to file and serve his opposition to the motion to dismiss is hereby GRANTED as follows:

1. The date for Plaintiff to file and serve his opposition to Defendant's motion to dismiss is now extended to October 14, 2026;
2. Defendant shall file and serve his reply in support of the motion to dismiss no later than October 26, 2026;
3. The continued hearing date for Defendant's motion to dismiss is set for November 12, 2026, at 1:30 pm.

UNITED STATES DISTRICT JUDGE

DATED: 10/9/2026