MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: HogueM@gtlaw.com
Tyler.Stevens@gtlaw.com

JORDAN D. GROTZINGER, ESQ.
(*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7800
Email: GrotzingerJ@gtlaw.com

*Attorneys for Mansoo Kim,*
*sued as Michael Kim*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRYN KENNEY, an individual,

Plaintiff,

v.

MICHAEL KIM, an individual; NSUS GROUP INC., a Canadian Corporation; NSUS LIMITED, an Irish Private Limited Company; GLOBAL GAMING & HOSPITALITY LLC ("GGHM"), a Nevada Limited Liability Company; DOES 1 through 10, inclusive, and ROE CORPORATIONS 11 through 15, inclusive,

Defendants.

Case No.: 2:26-cv-02704-JAD-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**

**(FIRST REQUEST)**

Defendant Mansoo Kim, sued as "Michael Kim," ("Defendant") and Plaintiff Bryn Kenney ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, stipulate to extend the deadline for Defendant to serve its response to Plaintiff's First Amended Complaint.

The parties hereby stipulate to the following:

1. On July 2, 2026, Plaintiff commenced this action by filing a Complaint (the

"Complaint") in the District Court of Clark County (Eighth Judicial District Court).

2. Defendant was personally served with the Summons and Complaint in Nevada on August 3, 2026.

3. On August 25, 2026, Defendant filed a Notice of Removal on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a).

4. On October 14, 2026, Plaintiff filed its First Amended Complaint.

5. Pursuant to FRCP 15(a)(3), the deadline to respond to the First Amended Complaint is October 28, 2026.

6. Due to intervening family obligations and holidays over the coming weeks, Defendant requested an extension of the deadline to November 13, 2026.

7. Plaintiff agreed to accommodate Defendant's requested extension.

8. The Parties hereby stipulate to an extension of the deadline to respond to the First Amended Complaint, setting the response deadline to November 13, 2026.

9. This Stipulation is made in good faith and not for an improper purpose or to delay.

**IT IS SO STIPULATED.**

DATED this 27th day of October, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Tyler W. Stevens*

MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
TYLER W. STEVENS, ESQ.
Nevada Bar No. 16325
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

JORDAN D. GROTZINGER, ESQ.
(*pro hac vice forthcoming*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Mansoo Kim, sued as Michael Kim*

**HUTCHISON & STEFFEN, PLLC**

*/s/ Mark A. Hutchison*

MARK A. HUTCHISON, ESQ.
Nevada Bar No. 4639
JOHN T. MORAN III, ESQ.
Nevada Bar No. 7453
KEVIN M. SUTEHALL, ESQ.
Nevada Bar No. 9437
RAMEZ A. GHALLY, ESQ.
Nevada Bar No. 15225
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145

ERIC M. GEORGE, ESQ.
(*pro hac vice pending*)
PRISCILLA SZETO, ESQ.
(*pro hac vice pending*)
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
*Attorneys for Bryn Kenney*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Parties' stipulation to extend the deadline for Defendant to serve his response to the First Amended Complaint is hereby GRANTED. The date for Defendant to serve his response to the First Amended Complaint will be extended to November 13, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2026